AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*July 7th, 2026*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Panjoi Morales, Jose<br><br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  **4:26-mj-436**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 06, 2026_____ in the county of _____Harris_____ in the
_____Southern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | A native and citizen of Guatemala, and an alien who had been previously deported from the United State, subsequent to having having been convicted of a crime defined as a felony, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Antonio Arce-Barrera, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: _____07/07/2026_____

_____
*Judge's signature*

City and state: _____Houston, Texas_____

Hon.  Richard W. Bennett, U.S. Magistrate Judge
*Printed name and title*

**4:26-mj-436**

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Antonio Arce-Barrera, being duly sworn telephonically, hereby depose and say:

(1)     I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") and have served in that capacity since October 19, 2025. My law enforcement career began October 19, 2025, as an Immigration Enforcement Officer. I currently have approximately 8 months of immigration law enforcement experience.

(2)     On July 05, 2026, ICE encountered Panjoi Morales, Jose ("Defendant") near 420 Meyerland Plaza, Houston, Texas 77096 by Fugitive Operations Enforcement and Removal Operations ("ERO"), and transported the defendant to Montgomery Processing Center (MPC) in Conroe, Texas.

(3)     On July 06, 2026, at approximately 9:00 a.m., ICE determined that Defendant was amenable for prosecution under 8 U.S.C. § 1326(a) and 1326(b).

(4)     The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(5)     Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and 1326(b).

(6)     <u>Element One</u>: The Defendant is a citizen and national of Guatemala and not a native, citizen or national of the United States.

(7)     <u>Element Two</u>: The Defendant has previously been deported or removed from the United States on the following occasions:

   A.  10/07/2024: Final Order

   B.  08/20/2013: Removed to Guatemala.

   C.  06/14/2013: Removed to Guatemala

   D.  02/22/2012: Removed to Guatemala.

(8)     <u>Element Three</u>: After deportation, the Defendant was subsequently found in the United States on July 06, 2026. Defendant was encountered by ICE ERO Fugitive Operations Unit near 420 Meyerland Plaza, Houston, Texas 77096 which is within the Houston division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past 5 years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph. On July 06, 2026, LESC advised me that it had no record of such an encounter.

(9)     <u>Element Four</u>: The Defendant did not have permission to reenter the United States.  On July 06, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

(10)   <u>Prior Criminal History</u>: The Defendant has the following prior criminal history:

  A.  On December 19, 2011, the defendant was convicted in the 174th District Court Harris County, Texas for the FELONY of possession of controlled substance and sentenced to 120 days in confinement. Case No. 133073501010.

  B.  On May 22, 2013, the defendant was convicted in the United States District Court, Southern District of Texas, McAllen Division, for the offense of illegal entry. Defendant was sentenced to 20 days in confinement.

On July 06, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning the criminal complaint. On or about that day, Special Assistant U.S. Attorney Robin Whitney (832) 492-2493 accepted this case for prosecution for violation of 8 U.S.C.§ 1326(a) and 1326(b).

Antonio Arce-Barrera, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Subscribed and sworn to me telephonically before me on the 7th day of July 2026, and I find probable cause.

Hon. Richard W. Bennett
United States Magistrate Judge
Southern District Texas